UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK

---

MARK PETRUZZI, : No. 08 Civ. 5726(LTS)(MHD)
:
:
              Plaintiff, :
-against- :
                                    : PROOF OF SERVICE
ZENSAR LTD, LLC and DJMMB, :
LLC, :
:
              Defendants. :
:

---

STATE OF NEW JERSEY :
                    : ss.:
COUNTY OF ESSEX     :

I, JOSIE PEREZ, having been duly sworn, depose and say:

I hereby certify that a copy of an Initial Conference Order was transmitted to DJMMB, LLC at 30 Werden Road, Becket Massachusetts and Jon D. Cohen, Esq. at Stahl Cowen Crowley Addis, LLC, 55 West Monroe Street, Suite 1200, Chicago, Illinois, on July 10, 2008.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
JOSIE PEREZ

Sworn to and subscribed before me
this 10th day of July 2008.

_____
Notary Public

FELICIA MADDEN
A Notary Public Of New Jersey
My Commission Expires September 13, 2008