USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUL 1 5 2008

LAW OFFICES

# LEVY, EHRLICH & PETRIELLO

A PROFESSIONAL CORPORATION
60 PARK PLACE
SUITE 1016
NEWARK, N.J. 07102

(973) 643-0040
FAX (973) 596-1781
WEBSITE: www.lep-lawyers.com

IRA A. LEVY*
ALAN EHRLICH*
JOHN J. PETRIELLO**
BRUCE E. GUDIN**
JEFFREY W. PLAZA**

STEPHEN F. CEA***
DEREK D. REED**
ANNE P. WARD**
SAM D. HAN**
ANDREW B. SOBEL**

*N.J., N.Y. & D.C. BARS
**N.J. & N.Y. BARS
***N.J. & PA. BARS

NEW YORK OFFICE
555 FIFTH AVENUE
14TH FLOOR
NEW YORK, N.Y. 10017
(212) 643-2503

REPLY TO NEWARK OFFICE

July 15, 2008

# MEMO ENDORSED

**Via Fax (212) 805-0426**
Honorable Laura Taylor Swain
Judge, United States District Court
Southern District of New York
Daniel P Moynihan United States Court House
500 Pearl Street
New York, New York 10007-1312

**Re:   Mark Petruzzi v. Zensar TD, LLC and DJMMB, LLC
Civil Action No. 08-5726**

Dear Judge Swain:

This office represents Plaintiff Mark Petruzzi.    I am writing to request an additional 7 days to comply with Your Honor's Order of July 9.   I understand, after speaking with Your Honor's law clerk, that my letter memorandum of July 14 did not address the issues raised by the Order of July 9.    This is my error, as I had read the notice sent by ECF on July 9, but did not realize an Order was attached.   My apologies to the Court. However, I will need a few days to respond to these issues.

*The request is granted.*

**SO ORDERED.**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Very truly yours,

John J. Petriello
Direct Dial: (973) 854-6700
E-Mail: john@lep-lawyers.com