UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK PETRUZZI<br>   Plaintiff,<br><br> vs.<br><br>ZENSAR TD, LLC, and<br>DJMMB, LLC<br>   Defendants. | Civil Action No. 08-5726<br>(LTS)<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL |

  Plaintiff Mark Petruzzi, by his undersigned attorney does discontinue the above captioned matter, without prejudice.


DATED: July 22, 2008
    New York, New York

            LEVY, EHRLICH & PETRIELLO
            A Professional Corporation
            Attorneys for Plaintiff

            By: _____
             JOHN J. PETRIELLO (JJP-6545)
            555 Fifth Avenue
            14th Floor
            New York, New York   10017
            (212) 643-2503


Notdismissal petruzzi