UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2008

---

MARK PETRUZZI             :
            Plaintiff,    :
                          :
    vs.                   :     Civil Action No. 08-5726
                          :     (LTS)
                          :     AND ORDER
ZENSAR TD, LLC, and       :     NOTICE OF VOLUNTARY
DJMMB, LLC                :     DISMISSAL
            Defendants.   :
---

Plaintiff Mark Petruzzi, by his undersigned attorney does discontinue the above captioned matter, without prejudice.

DATED:    July 22, 2008
          New York, New York

                                        LEVY, EHRLICH & PETRIELLO
                                        A Professional Corporation
                                        Attorneys for Plaintiff

                                        By: _____
                                            JOHN J. PETRIELLO (JJP-6545)
                                        555 Fifth Avenue
                                        14th Floor
                                        New York, New York  10017
                                        (212) 643-2503

                                        SO ORDERED.

Notdismissal petruzzi
                                        _____ 7/23/08
                                        LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE